| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Glenn Ward Calsada, Esq. SBN 134589<br>9924 Reseda Boulevard<br>Northridge, CA 91324<br><br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Frederick and Judith Eaton<br><br>Debtor(s). | CASE NO.: 1:09-bk-23372-MT<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Motion for Valuation of Collateral    Date Filed: 11/20/09

### PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    11/20/09
Signature of Signing Party    Date

Frederick S. Eaton
Printed Name of Signing Party

_____    11/20/09
Signature of Joint Debtor (if applicable)    Date

Judith Eaton
Printed Name of Joint Debtor (if applicable)

### PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by my name; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    11/20/09
Signature of Attorney for Signing Party    Date

Glenn Ward Calsada
Printed Name of Attorney for Signing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

Attorney of Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY

Glenn Ward Calsada, Esq. SBN 134589
9924 Reseda Boulevard
Northridge, CA 91324
(818) 477-0314 / (818) 473-4277 fax / glenn@calsadalaw.com

*Attorney for* Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: Frederick S. Eaton and Judith S. Eaton

CHAPTER 13

CASE NUMBER 1:09-bk-23372-MT

DATE: 1/12/10

TIME: 9:00AM

Debtor. | COURTROOM: 302

## NOTICE OF MOTION FOR:

Debtor's Motion for Valuation of Collateral and an Order Avoiding Respondent [HSBC Mortgage Services]'s Wholly Unsecured 2nd Trust Deed and Authorizing Treatment as an Unsecured Creditor in the Ch.13 Plan

*(Specify name of Motion)*

1.  TO: RESPONDENT, HSBC Mortgage Services

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

| **Hearing Date:** 1/12/10 | **Time:** 9:00AM | **Courtroom:** 302 | **Floor:** 3 |

- ☐ **255 East Temple Street, Los Angeles**       ☐ **411 West Fourth Street, Santa Ana**
- ☒ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
- ☐ **3420 Twelfth Street, Riverside**

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1.  If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 11/20/09

LAW OFFICES OF GLENN WARD CALSADA
*Law Firm Name*

By: _____ /S/GLENN WARD CALSADA

Name: Glenn Ward Calsada, Esq.
*Attorney for Movant*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-1.1**

Notice of Motion (with Hearing) - *Page 2*                                    **F 9013-1.1**

| In re  Frederick S. Eaton and Judith S. Eaton | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 1:09-bk-23372-MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9924 Reseda Boulevard, Northridge, CA 91324

A true and correct copy of the foregoing document described as  Debtor's Motion for Valuation of Collateral
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  11/20/09  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

 Elizabeth Rojas, cacb_ecf_sv@ch13wla.com
 United States Trustee, ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  11/20/09  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/09 | Katheryn Antonio | /s/Katheryn Antonio |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                **F 9013-1.1**

Notice of Motion (with Hearing) - *Page 3*

**F 9013-1.1**

| In re Frederick S. Eaton and Judith S. Eaton | CHAPTER: 13 |
|---|---|
| Debtor(s). | CASE NO.: 1:09-bk-23372-MT |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Randall L. Raup                                    BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED
President
HSBC Mortgage Services
2929 Walden Avenue
Depew, NY 14043

HSBC Mortgage Services                        BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED
c/o Agent for Processing Services
C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017

HSBC Mortgage Services                        BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED
P.O. Box 60139
City of Industry, CA 91716-0139

Elizabeth F. Rojas
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-1.1**

1   Glenn Ward Calsada (SBN 134589)
   Law Office of Glenn Ward Calsada
2   9924 Reseda Boulevard
   Northridge, California 91324
3   (818) 477-0314 / (818) 473-4277 fax / glenn@calsadalaw.com

4   Attorney for Debtors
   Frederick S. And Judith S. Eaton

5

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   In re:                      CASE NO. 1:09-bk-23372-MT

12   Frederick S. And Judith S. Eaton,    CHAPTER 13

13         Debtors.             DEBTORS' MOTION FOR A VALUATION
                           OF COLLATERAL AND AN ORDER
14                         AVOIDING RESPONDENT'S WHOLLY
                         UNSECURED SECOND TRUST DEED AND
15   Frederick S. And Judith S. Eaton,    AUTHORIZING DEBTORS TO TREAT
                         RESPONDENT AS AN UNSECURED
16         Movants,             CREDITOR IN THEIR CHAPTER 13 PLAN

17

18        vs.                  DATE: January 12, 2010
                         TIME: 9:00AM
19   HSBC Mortgage Services,       CTRM: 302
                         21041 Burbank Boulevard
20         Respondent.       Woodland Hills, 91367

21

22       Debtors/Movants, Frederick S. And Judith S. Eaton, hereby move this court pursuant to

23   Bankruptcy Rule 3012 for a valuation of the Respondent's interest in the debtors' real property and

24   for an order avoiding Respondent's wholly unsecured second trust deed thereon and authorizing

25   debtors to treat Respondent as an unsecured creditor in debtors' Chapter 13 plan.  Said motion is

26   based upon Sections 506(a)-(d) and 1322 of Title 11 of the United States Code.

27   Movants represent and allege the following:

                              - 1 -
28   DEBTORS' MOTION FOR A VALUATION OF COLLATERAL AND AN ORDER AVOIDING RESPONDENT'S WHOLLY
   UNSECURED SECOND TRUST DEED AND AUTHORIZING DEBTORS TO TREAT RESPONDENT AS AN UNSECURED
   CREDITOR IN THEIR CHAPTER 13 PLAN

LAW OFFICE OF GLENN WARD CALSADA
9924 RESEDA BOULEVARD
NORTHRIDGE, CALIFORNIA 91324
(818) 477-0314

LAW OFFICE OF GLENN WARD CALSADA
9924 RESEDA BOULEVARD
NORTHRIDGE, CALIFORNIA 91324
(818) 477-0314

1.   On October 9, 2009, Movants filed a voluntary petition under Chapter 13 of the Bankruptcy Code, Case No. 1:09-bk-23372-MT.  The purpose of the filing is to reorganize the debtors' debts.

2.   Movants are the owners of real property located at 17233 Bullock St., Encino, CA 91316-1437 (a single family residence) and legally described as: "Lot 6, Tract 20331" as shown on the Assessor's Map contained in the appraisal of David Cattani. APN 2255-008-006.

3.   As of the filing date, the fair market value of the subject property is $535,000.  (See, Exhibit 1, a true and correct copy of the Declaration of David Cattani and incorporated herein by this reference and declaration of owner Frederick S. Eaton)

4.   The property is encumbered as follows:

| Lienholder | Amount Owed |
|---|---|
| a.   1st Trust Deed Holder: Bank of America | $624, 719.91 |

(See Exhibit 2, a true and correct copy of Bank of America's account statement, dated October 29, 2009, for account number 112383787, and the amount owed was $624,714.91)

| | |
|---|---|
| b.   2nd Trust Deed Holder: HSBC Mortgage Services | $172, 020.78 |

(See, Exhibit 3, a true and correct copy of HSBC Mortgage Services's Account Statement for Loan Number 0014445217)

5.   The 2nd Trust Deed Holder is wholly unsecured.  No value in the subject property supports the lien in favor of HSBC Mortgage Services.

6.   Respondent, HSBC Mortgage Services, is a wholly owned subsidiary of HSBC Bank USA, N.A. The "Correspondence" address on the Account Statement is HSBC Mortgage Services, P.O. Box 60139, City of Industry, CA 91716-0139. Its Agent for Service of Process in the State of California is C T Corporation System, 818 West Seventh St., Los Angeles, CA 90017. Its main corporate headquarters is located at 2929 Walden Avenue, Depew, NY 14043. Randall R. Raup is the President.

DEBTORS' MOTION FOR A VALUATION OF COLLATERAL AND AN ORDER AVOIDING RESPONDENT'S WHOLLY UNSECURED SECOND TRUST DEED AND AUTHORIZING DEBTORS TO TREAT RESPONDENT AS AN UNSECURED CREDITOR IN THEIR CHAPTER 13 PLAN

7.    This motion concerns a core proceeding under 28 U.S.C. Section 157(2)(E)(F)(H)(K) and (O).

8.    Pursuant to Bankruptcy Rule 3012, Movants move for a valuation of collateral.  A valuation of the collateral is necessary and appropriate to determine the respondent's status and proper treatment of its claim in Movants' Chapter 13 plan now pending before this court as well as for determining whether or not to avoid respondent's wholly unsecured lien.  (11 U.S.C. Section 506(a); In re Lam, 211 B.R. 36 (B.A.P. 9th Cir. 1997), In re Zimmer, 313 F.3d 1220 (9th Cir. 12/24/2002).)

9.     Movants further seek an order bifurcating respondent's claim and avoiding the consensual lien in favor of respondent on grounds that respondents' claim is wholly unsecured by Movants' real property.  Movants further object to treatment of the respondent's claim as a secured debt in their Chapter 13 plan.

Wherefore, Movants pray:

1.    For a valuation of collateral and a factual determination of the extent to which Respondent's interest is secured by Movants' real property.

2.    For an order avoiding Respondent's interest in the Movants' real property upon entry of discharge in this case.

3.    For an order disallowing Respondent's claim as a secured claim in this case and allowing said claim to be treated as a general unsecured claim in Movants' Chapter 13 plan now pending before this court.

4.    For authority to record this court's order in the Official Records of the Office of the County Recorder in the manner permitted by state law.

Date: November 20, 2009

/s/Glenn Ward Calsada

Glenn Ward Calsada
Attorney for Movants
Frederick S. And Judith S. Eaton

LAW OFFICE OF GLENN WARD CALSADA
9924 RESEDA BOULEVARD
NORTHRIDGE, CALIFORNIA 91324
(818) 477-0314

# DECLARATION OF FREDERICK S. EATON

I, Frederick S. Eaton, declare as follows:

1.  On October 9, 2009, my wife and I filed a voluntary petition under Chapter 13 of the Bankruptcy Code, Case No. 1:09-bk-23372-MT.  The purpose of the filing is to reorganize the debtors' debts.

2.  We are the owners of real property located at 17233 Bullock St., Encino, CA 91316-1437 ( a single family residence) and legally described as: "Lot 6, Tract 20331" as shown on the Assessor's Map contained in the appraisal of David Cattani.  2255-008-006.

3.  As of the filing date, the fair market value of the subject property is $535,000.  (See, Exhibit 1, a true and correct copy of the Declaration of David Cattani.)  I agree with this valuation and adopt his opinion of value as my own for the reasons stated in Mr. Cattani's report.

4.  The property is encumbered as follows:

| Lienholder | Amount Owed |
|---|---|
| a. 1st Trust Deed Holder: Bank of America | $624, 719.91 |

    (See Exhibit 2, a true and correct copy of Bank of America's account statement, dated October 29, 2009, for account number 112383787, and the amount owed was $624,714.91)

| | |
|---|---|
| b. 2nd Trust Deed Holder: HSBC Mortgage Services | $172, 020.78 |

    (See, Exhibit 3, a true and correct copy of HSBC Mortgage Services's Account Statement for Loan Number 0014445217)

5.  The 2nd Trust Deed Holder is wholly unsecured.  No value in the subject property supports the lien in favor of HSBC Mortgage Services.

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Northridge, California on November 20, 2009.

       /s/Frederick S. Eaton
       Frederick S. Eaton

LAW OFFICE OF GLENN WARD CALSADA
9924 RESEDA BOULEVARD
NORTHRIDGE, CALIFORNIA 91324
(818) 477-0314

DEBTORS' MOTION FOR A VALUATION OF COLLATERAL AND AN ORDER AVOIDING RESPONDENT'S WHOLLY UNSECURED SECOND TRUST DEED AND AUTHORIZING DEBTORS TO TREAT RESPONDENT AS AN UNSECURED CREDITOR IN THEIR CHAPTER 13 PLAN

1   Glenn Ward Calsada, Esq. SBN 134589
    Law Offices of Glenn Ward Calsada
2   9924 Reseda Boulevard
    Northridge, CA 91324
3   (818) 477-0314 / (818) 473-4277 fax

4

5                      United States Bankruptcy Court

6                      Central District of California

7

8   In re                          ) Case No.: 1:09-bk-23372-MT
                                    )
9   Frederick and Judith Eaton      ) Chapter 13
                                    )
10              Debtor              ) Declaration of Appraiser David Cattani
                                    )
11  I, David Cattani, do hereby declare as follows:

12  1.    I have personal knowledge of the matters set forth in this declaration and, if

13  called upon to testify, I could and would competently testify thereto.  I am over 18

14  years of age.

15  2.    I am a California Certified Appraiser in good standing.  My state certification

16  number is AR 026324(expiration: 12/19/2010).  I was asked by the Law Offices of Glenn

17  Ward Calsada to provide an opinion of the valuation of real property located at 17233

18  Bullock Street, Encino, CA 91316-1437(the "Property").  The Property consists of an

19  existing single-family residence with a total living area of 1,942 square feet.  The

20  subject site size is 6,140 square feet (0.14 acre).

21  3.    On August 3, 2009, I prepared an appraisal report ("Report").  A true and

22  correct copy of the Report with addendums, if any, are attached hereto and

23  incorporated herein by this reference.

24  4.    My qualifications and business experience as an appraiser are included in the

25  Report.

26  5.    The Report was prepared in compliance with the Uniform Standards of Professional

27  Appraisal Practice (USPAP), the requirements established by the Financial Institutions

28  Reform and Recovery Enforcement Act (FIRREA), and the Code of Professional Ethics and

    Standards of Professional Conduct of the Appraisal Institute.

                    Declaration of Appraiser David Cattani - Page 1

6.    My investigation and analyses undertaken have resulted in the opinion that as of August 3, 2009, and subject to assumption and limiting conditions set forth in the appraisal report, the "As-Is" Value of the fee simple interest of the Property is $535,000.

7.    I certify that, to the best of my knowledge and belief, that the statements of facts contained in the Report are true and correct.

8.    The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions and conclusions.

9.    I have no present or prospective interest in the Property and I have no personal interest or bias with respect to the parties involved.

10.    My compensation is not contingent upon the reporting of a predetermined value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

11.    This appraisal was not based on a requested minimum valuation, or specific valuation, or the approval of a loan.

12.    My analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the edition of the Uniform Standards of Professional Appraisal Practice current as of the date of the appraisal.

13.    I made a personal inspection of the Property.

14.    No one provided significant professional assistance to the person signing this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that the Declaration was executed on November 20, 2009 at Northridge, California.

David Cattani

Declaration of Appraiser David Cattani - Page 2

# Residential Appraisal Report

**Of**

## Single Family Residence at

**17233 Bullock Street**

**Encino, CA 91316-1437**

**For**

**Law Office of Glenn Ward Calsada**

9924 Rescda Boulevard

Northridge, CA 91324

**As of**

**08/03/2009**

Exhibit 1

*D. C. Appraisal Service Inc.*

File No. 9610853FFEN

Case No.

## Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

SUBJECT

| | | | |
|---|---|---|---|
| Property Address | 17233 Bullock Street | City Encino | State CA   Zip Code 91316-1437 |
| Borrower Eaton | Owner of Public Record Eaton | | County Los Angeles |

Legal Description Lot 6, Tract 20331

| Assessor's Parcel # | 2255-008-006 | Tax Year 2008 | R.E. Taxes $ Prop-13 |
|---|---|---|---|
| Neighborhood Name Encino | | Map Reference 561/C1 | Census Tract 1390.00 |

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ [ ] PUD   HOA $ [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe)   Valuation

Lender/Client **Law Office of Glenn Ward Calsada**   Address 9924 Rescda Boulevard, Northridge, CA 91324

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offerings price(s), and date(s).   MLS, Public Records

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   N/A

Contract Price $   Valuation   Date of Contract   08/2009   Is the property seller the owner of public record? [X] Yes [ ] No  Data Source(s) Public Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No

If Yes, report the total dollar amount and describe the items to be paid.   N/A

Note: Race and the racial composition of the neighborhood are not appraisal factors.

### NEIGHBORHOOD

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 95 % |
| Built-Up [ ] Over 75% [X] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $ (000) | (yrs) | 2-4 Unit | - % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | | | 260 Low | 30 | Multi-Family | - % |
| Neighborhood Boundaries   The area boundaries are approximately Vanowen Street (N), The San Diego | | | | | 760 High | 55 | Commercial | 5 % |
| (405) Freeway (S), Lindley Street (W), Balboa Boulevard (E). | | | | | 450 Pred. | 45 | Other | - % |

Neighborhood Description   The subject is located in the Encino section of the city of Los Angeles. The area is popular due to its central location, quiet neighborhood streets & golf club living. The subject area is predominantly single family residences with their condition ranging from fair to good. Consumer support facilities are located close by along arteries. The 405 Freeway is accessible from Balboa Boulevard.

Market Conditions (including support for the above conclusions)  Based on the appraiser's knowledge of the area and substantiated by MLS and other data sources, property values in the area appear to be stable or increasing, especially in the last 18 months. Typical marketing time for the subject and area in general is from 90 to 180 days. No sales or financing concessions were noted. Typical fixed and adjustable mortgages are available.

### SITE

| Dimensions Slightly Irregular (Please See Plat Map) | Area 6,140 SqFt | Shape Slightly Irregular | View None |
|---|---|---|---|

Specific Zoning Classification   LAR1   Zoning Description   Single Family Residence

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities Public Other (describe) | | Public Other (describe) | | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity [X] | | Water [X] | | Street Asphalt | [X] | |
| Gas [X] | | Sanitary Sewer [X] | | Alley | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone Zone X   FEMA Map # 060137 / 1295 F   FEMA Map Date 09/26/2008

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

Subject fronts, backs, and sides to other similar properties. No other adverse site conditions noted.

### IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [X] Crawl Space | | Foundation Walls Concrete Ave | | Floors Hdwd/Cpt/Tile Ave | |
| # of Stories One | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls Stucco Ave | | Walls Drywall Ave | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area None sq. ft. | | Roof Surface Comp Shingle Ave | | Trim/Finish Wood Ave | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish None % | | Gutters & Downspouts Adequate Ave | | Bath Floor Ceramic Ave | |
| Design (Style) Average | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type Alum Ave | | Bath Wainscot Ceramic Tile Ave | |
| Year Built 1956 | | Evidence of [ ] Infestation | | Storm Sash/Insulated No/No | | Car Storage [ ] None | |
| Effective Age (Yrs) 5/10 | | [ ] Dampness [ ] Settlement | | Screens Yes | | [X] Driveway  # of Cars 2 | |
| Attic [X] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities [ ] Woodstove(s) # | | Driveway Surface Concrete | |
| [ ] Drop Stair [ ] Stairs | | [X] Other FAU  Fuel | | [X] Fireplace(s) # 1 [X] Fence C-Block | | [ ] Garage  # of Cars | |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [ ] Patio/Deck [ ] Porch | | [ ] Carport  # of Cars | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool [ ] Other | | [ ] Att. [X] Det. [ ] Built-in | |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area **above** grade contains:   7 Rooms   4 Bedrooms   2.0 Bath(s)   1,942 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  Typical 4 bedroom 2.0 bath home for the area, large den added to rear of house by previous owner.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  No Physical inadequacies or needed repairs noted.

The subject appears to be in average condition, due to average maintenance over the years.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe

# Uniform Residential Appraisal Report

| There are | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | | to $ | . |
|---|---|---|---|---|
| There are | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | | to $ | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 17233 Bullock Street | 5967 Balcom Avenue | 5703 Babbitt Avenue | 5933 Graves Avenue |
| | Encino, CA 91316-1437 | Encino, CA 90310 | Encino, CA 90310 | Encino, CA 90310 |
| Proximity to Subject | | 0.66 miles W | 0.37 miles S | 0.12 miles SE |
| Sale Price | $ Valuation | $ 535,000 | $ 549,000 | $ 520,000 |
| Sale Price/Gross Liv. Area | $ 279.49 sq. ft. | $ 247.23 sq. ft. | $ 297.08 sq. ft. | $ 339.20 sq. ft. |
| Data Source(s) | Inspection | Public Records/MLS | Public Records/MLS | Public Records/MLS |
| Verification Source(s) | P. Records/MLS | Doc# 445187 | Doc# 721832 | Doc# 338766 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | N/A | Conventional Fix | | FHA Fix | | Conventional Fix | |
| Concessions | N/A | $454,750 1st TD | | $539,056 1st TD | | $442,000 1st TD | |
| Date of Sale/Time | 08/2009 | 03/27/2009 | Closed | 05/15/2009 | Closed | 03/10/2009 | Closed |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6,140 SqFt | 5,500 Sqft | +1,280 | 6,060 Sqft | +160 | 6,000 Sqft | +280 |
| View | None | None | | None | | None | |
| Design (Style) | Average | Average | | Average | | Average | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 53 yrs | 60 yrs | | 54 yrs | | 53 yrs | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | |
| | 7 | 4 | 2.0 | 6 | 3 | 2.0 | +2,500 |
| Room Count | 7 | 4 | 2.0 | | | | |
| Gross Living Area | 1,942 sq. ft. | 2,164 sq. ft. | -6,660 | 1,848 sq. ft. | +2,820 | 1,533 sq. ft. | +12,270 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | | FAU/Central | | FAU/Central | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Patio/Deck | Patio/Porch | | Patio/Porch | | Patio/Deck | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 2 Fireplace | -2,500 | 1 Fireplace | |
| Pool | No Pool | No Pool | | No Pool | | No Pool | |
| Net Adjustment (Total) | | + X - | $ -2,880 | X + - | $ 480 | X + - | $ 12,550 |
| Adjusted Sale Price | | Net Adj: -1% | | Net Adj: 0% | | Net Adj: 2% | |
| of Comparables | | Gross Adj: 2% | $ 532,000 | Gross Adj: 2% | $ 549,000 | Gross Adj: 2% | $ 533,000 |

(Above Grade row values: Comparable #1 — 6 / 3 / 2.0 +2,500; Comparable #2 — 7 / 3 / 3.0 -2,500; Comparable #3 — 7 / 4 / 2.0)

I X did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research X did [ ] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) MLS, Public Records
My research X did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) MLS, Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Sale Within | 12/19/2009 | No Sale Within | No Sale Within |
| Price of Prior Sale/Transfer | The Past 3 Years | $375,000 | Past 1 years | Past 1 years |
| Data Source(s) | Public Records | Public Records | Public Records | Public Records |
| Effective Date of Data Source(s) | 08/04/2009 | 08/04/2009 | 08/04/2009 | 08/04/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject has not been listed or transferred in the past 36 months.
No preliminary title report was reviewed.

Summary of Sales Comparison Approach  Subject is compatible to the neighborhood in terms of size, condition, quality, and appeal. Please see next page for any additional comparables and/or addendum regarding additional comments. For differences between public records and MLS regarding the comparables, MLS information and/or broker information was given priority, due to being more recent.

Indicated Value by Sales Comparison Approach $    535,000

| Indicated Value by: Sales Comparison Approach $    535,000    Cost Approach (if developed) $    534,510    Income Approach (if developed) $    N/A |
|---|

The cost approach is given no weight due to difficulties in accurately determining depreciation and land values. The income approach not used due to limited sales of similar rental properties needed for determining a GRM. Market approach given most weight.

This appraisal is made X "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  No conditions. This summary appraisal report is intended for use in a Bankruptcy proceeding only. This report is not intended for any other use.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $    535,000  , as of    08/03/2009  , which is the date of inspection and the effective date of this appraisal.

*D. C. Appraisal Service Inc.,*

File No. 9610853ffffN
Case No.

## Uniform Residential Appraisal Report

COST APPROACH - Due to the request of many clients, development of the cost approach has been attempted by the appraiser as an analysis to support their opinion of the property's market value. Because there is insufficient market evidence to credibly support the site value/derivation of total appreciation, the cost approach is not given any consideration in the appraiser's final analysis. Use of this data, in whole or in part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount of type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. The appraiser recommends that an insurance professional be consulted. Further, The cost approach may not be a reliable indication of replacement of reproduction cost for any date other than the effective date of this appraisal due to changing cost of labor and materials and due to changing building codes and governmental regulations and requirements.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Land value determined from extraction. Site value to improvements ratio is greater than normal for this fully developed area, which has greater than typical market desirability.

| ESTIMATED | ☐ REPRODUCTION OR | X REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 305,000 |
|---|---|---|---|---|---|---|---|
| Source of cost data  Marshall & Swift | | | Dwelling | 1,942 | Sq. Ft. @ $ 135.00 | =$ | 262,170 |
| Quality rating from cost service   Average   Effective date of cost data  03/07/2009 | | | | | Sq. Ft. @ $ 0.00 | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | | | |
| Physical depreciation calculated via the age/life method. Cost | | | Garage/Carport | 400 | Sq. Ft. @ $ 25.00 | =$ | 10,000 |
| estimates based on the knowledge of area building costs & Marshall | | | Total Estimate of Cost-new | | | =$ | 272,170 |
| and Swift Cost Service. Land value determined from extraction. Site | | | Less   Physical 12   Functional 0%   External 0% | | | | |
| value to improvements ratio is greater than normal for this fully | | | Depreciation   32,660 | 0 | 0 | =$ ( | 32,660 ) |
| developed area which has greater than typical market desirability. | | | Depreciated Cost of Improvements | | | =$ | 239,510 |
| | | | "As-is" Value of Site Improvements | | | =$ | -10,000 |
| Estimated Remaining Economic Life (HUD and VA only)   55   Years | | | Indicated Value By Cost Approach | | | =$ | 534,510 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae.)

| Estimated Monthly Market Rent $   N/A   X Gross Multiplier   N/A   =$   N/A   Indicated Value by Income Approach |
|---|
| Summary of Income Approach (including support for market rent and GRM)  N/A |

### PROJECT INFORMATION FOR PUDs (if applicable)

| Is the developer/builder in control of the Homeowner's Association (HOA)? | ☐ Yes | X No | Unit type(s) | ☐ Detached | ☐ Attached |
|---|---|---|---|---|---|

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

| Legal Name of Project | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |
| Was the project created by the conversion of existing building(s) into a PUD? | ☐ Yes | ☐ No  If Yes, date of conversion. |
| Does the project contain any multi-dwelling units? | ☐ Yes | ☐ No  Data source. |
| Are the units, common elements, and recreation facilities complete? | ☐ Yes | ☐ No  If No, describe the status of completion. |
| Are the common elements leased to or by the Homeowner's Association? | ☐ Yes | ☐ No  If Yes, describe the rental terms and options. |
| Describe common elements and recreational facilities.   N/A | | |

Residential Appraisal Services
EXTRA COMPARABLES 4-5-6

File No.    090801EN
Case No.

| Borrower | Eaton | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 17233 Bullock Street | | | | | | |
| City | Encino | County | Los Angeles | State | CA | Zip Code | 91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | Address | 9924 Rescda Boulevard, Northridge, CA 91324 | | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 17233 Bullock Street Encino, CA 91316-1437 | 5945 Graves Avenue Encino, CA 90310 | | | | | |
| Proximity to Subject | | 0.07 miles S | | | | | |
| Sale Price | $ Valuation | $ 630,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 279.49 sq. ft. | $ 410.96 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | Inspection | Public Records/MLS | | | | | |
| Verification Source(s) | P. Records/MLS | Doc# 415823 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | Conventional Fix | | | | | |
| Concessions | N/A | $504,000 1st TD | | | | | |
| Date of Sale/Time | 08/2009 | 03/24/2009 | Closed | | | | |
| Location | Average | Average | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 6,140 SqFt | 6,550 Sqft | -820 | | | | |
| View | None | None | | | | | |
| Design (Style) | Average | Average | | | | | |
| Quality of Construction | Average | Average | | | | | |
| Actual Age | 53 yrs | 53 yrs | | | | | |
| Condition | Average | Superior | -50,000 | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 7  4  2.0 | 7  4  2.00 | | | | | |
| Gross Living Area | 1,942 sq. ft. | 1,533 sq. ft. | +12,270 | sq. ft. | | sq. ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | None | None | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FAU/Central | FAU/Central | | | | | |
| Energy Efficient Items | None Noted | None Noted | | | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | | | | |
| Porch/Patio/Deck | Patio,Deck | Patio,Deck | | | | | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | | | | |
| Pool | Pool | Pool | -15,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -53,550 | ☐ + ☐ - | $ 0 | ☐ + ☐ - | $ 0 |
| Adjusted Sale Price | | Net Adj: -9% | | Net Adj: 0% | | Net Adj: 0% | |
| of Comparables | | Gross Adj: 12% | $ 576,000 | Gross Adj: 0% | $ 0 | Gross Adj: 0% | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No Sale Within | 12/22/2008 | | |
| Price of Prior Sale/Transfer | The Past 3 Years | $405,770 | | |
| Data Source(s) | Public Records | Public Records | | |
| Effective Date of Data Source(s) | 08/04/2009 | 08/04/2009 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Summary of Sales Comparison Approach    A thorough search of the market area includes, but was not limited to public records, CMDC, TRW, Damar, Dataquick, MLS Books and Computers, area brokers and title companies, and other appraisers. The comparables used and adjustments made are best available, and accurate indicators of the market value.

The individual line adjustments and cumulative aggregate net adjustments utilized may exceed the preferred typical adjustment standard. Due to the lack of strong demand in this and similar markets, with multiple offers at full list price is not very common, as well as the lack of recent similar sales in this current immediate market area, these adjustments were warranted. The adjustments are ultimately based on both present and past matched pair analysis done with similar properties in the region, with consideration given to the overall percentage basis as well. In addition, similar properties reviewed but not used for the appraisal, support and reinforce the adjustments used.

SALES COMPARISON ANALYSIS

*D. C. Appraisal Service Inc.,*

Uniform Residential Appraisal Report   File No. 9610853LN

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

*D. C. Appraisal Service Inc.,*

File No. 090801EN

Uniform Residential Appraisal Report   Case No.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Produced by ClickFORMS Software www.clickforms.net

Bate Stamped Page 7 of 25

*D. C. Appraisal Service Inc.,*
File No. 090801EN

Case 1:09-bk-23372-MT  Doc 11  Filed 11/20/09  Entered 11/20/09 18:01:00  Desc
Main Document  Page 18 of 35
Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  David Cattani | Name |
| Company Name  **D. C. Appraisal Service Inc.,** | Company Name |
| Company Address  746 Termino Ave., #3 | Company Address |
| Long Beach, CA 90804 | |
| Telephone Number (562) 439-0258 | Telephone Number |
| Email Address  davidc@dcappraisal.net | Email Address |
| Date of Signature and Report  08/07/2009 | Date of Signature |
| Effective Date of Appraisal 08/03/2009 | State Certification # |
| State Certification #  AR026324 | or State License # |
| or State License # | State |
| or Other (describe)                    State # | Expiration Date of Certification or License |
| State        CA | |
| Expiration Date of Certification or License 12/19/2008 | |

ADDRESS OF PROPERTY APPRAISED
17233 Bullock Street
Encino, CA 91316-1437

APPRAISED VALUE OF SUBJECT PROPERTY $ 535,000

LENDER/CLIENT
Name  Attn: Glenn Calsada
Company Name Law Office of Glenn Ward Calsada
Company Address  9924 Rescda Boulevard
Northridge, CA 91324
Email Address  glenn@calsadalaw.com

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☒ Did inspect interior and exterior of subject property
Date of Inspection  08/03/2009

COMPARABLE SALES
☒ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

*D. C. Appraisal Service Inc.,*

# SUMMARY OF SALIENT FEATURES

File No.    090801EN
Case No.

| SUBJECT INFORMATION | |
| --- | --- |
| Subject Address | 17233 Bullock Street |
| Legal Description | Lot 6, Tract 20331 |
| City | Encino |
| County | Los Angeles |
| State | CA |
| Zip Code | 91316-1437 |
| Census Tract | 1390.00 |
| Map Reference | 561/C1 |

| SALES PRICE | | |
| --- | --- | --- |
| Sale Price | $ | Valuation |
| Date of Sale | | 08/2009 |

| CLIENT | |
| --- | --- |
| Borrower | Eaton |
| Lender/Client | Law Office of Glenn Ward Calsada |

| DESCRIPTION OF IMPROVEMENT | | |
| --- | --- | --- |
| Size (Square Feet) | | 1,942 |
| Price per Square Foot | $ | 279.49 |
| Location | | Average |
| Age | | 53 yrs |
| Condition | | Average |
| Total Rooms | | 7 |
| Bedrooms | | 4 |
| Baths | | 2.0 |

| APPRAISER | |
| --- | --- |
| Appraiser | David Cattani |
| Date of Appraised Value | 08/03/2009 |

| VALUE | |
| --- | --- |
| Final Opinion of Value $ | 535,000 |

D. C. Appraisal Service Inc.,
COMMENT ADDENDUM

File No.   090801EN
Case No.

| Borrower | Eaton | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 17233 Bullock Street | | | | | | |
| City   Encino | | County | Los Angeles | State | CA | Zip Code | 91316-1437 |
| Lender/Client   Law Office of Glenn Ward Calsada | | | Address  9924 Rescda Boulevard, Northridge, CA 91324 | | | | |

Following are market adjustments, in descending line sequence.

SITE - Due the useful size of the subject's lot the difference in lot size was adjusted at $2.00 of usable SF, for differences over $1,000 gross adjustment amount.

AGE/CONDITION - Actual and effective age were incorporated into condition adjustments. Condition adjustments were made accordingly, based on all data available, as well as drive by analysis.

LIVING AREA/ROOM COUNT - Differences in living area were adjusted at $25/SF, for differences over $1,000 gross adjustment amount. Differences in room count  were adjusted at $2,500 per bedroom and $1,250 per half bathroom.

OTHER - Other adjustments were made as needed and are self explanatory.

CONDITION OF APPRAISAL  The reader of this report should realize that the photographs of the comparables used in this report reflect their condition as of the date of drive-by analysis, but not necessarily reflect their condition as of their date of sale. Information provided in the report regarding the comparables reflects their condition as of their sale date.

The appraisal assignment is to estimate the market value, as of the effective date, without influence of any closing costs arrangements or the inclusion of any personal property.

In summary, this appraisal report, following approved and nationally acknowledged appraisal guidelines, based on the market data available, has determined a final estimated market value for the property. This is based on not only the comparables shown in the report, but also the dozens of comparables, both current and past, not included in this report. They also support the estimate market value of the subject.

The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The appraisal does not guarantee that the property is free of defects or environmental problems. The appraiser performs an inspection of visible and accessible areas only. Mold may be present in areas the appraiser cannot see. A professional home inspection or environmental inspection is recommended, if needed.

The requested purpose of this appraisal report assignment was to determine current market value for the subject property, to obtain financing for the subject.

FINAL RECONCILIATION  All comparables were given consideration in determining the subject's final estimated value. The comparables used in this appraisal report bracket the subject's market value both before and after adjustments were applied. Extensive research was necessary to find the very best indicators of market value, which have indicated a current estimated market value.

ADDITIONAL COMMENTS  Due to time and resource constraints, which are common in the marketplace, the appraiser necessarily reserves the right to provide modification or addendum to the initial report, based on further information or data presented after the report is submitted. All efforts were made to verify all information in this report.

DIGITAL SIGNATURE  The digital signature in this report is authentic and is used in compliance with federal guidelines. Application of the signature is password restricted. This document was transmitted electronically and is password protected to prevent changes. However, technology exists that can alter electronic documents regardless of the use of passwords or encryption schemes. The appraiser's file copy should be considered the only valid representation of the original document, and the appraiser whose signature appears in this report accepts no responsibility for any other copies. If the end user of the report suspects alteration, a duplicate of the appraiser's original is available for comparison under a separate fee arrangement, subject to proper approval relative to client confidentiality.

Borrower   Eaton

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address  17233 Bullock Street | | | | | | |
| City  Encino | County | Los Angeles | | State | CA | Zip Code   91316-1437 |
| Lender/Client   Law Office of Glenn Ward Calsada | | Address   9924 Rescda Boulevard, Northridge, CA 91324 | | | | |



D. C. Appraisal Service Inc.,
SKETCH ADDENDUM
File No.    090801EN
Case No.

| | |
|---|---|
| Borrower | Eaton |
| Property Address | 17233 Bullock Street |
| City Encino | County Los Angeles State CA Zip Code 91316-1437 |
| Lender/Client Law Office of Glenn Ward Calsada | Address 9924 Rescda Boulevard, Northridge, CA 91324 |



| SKETCH CALCULATIONS | Perimeter | Area |
|---|---|---|
| **Living Area** | | |
| First Floor | | 1941.5 |
| **Total Living Area** | | **1941.5** |
| **Garage Area** | | |
| Detached Garage | | 400.0 |
| **Total Garage Area** | | **400.0** |

| Borrower | Eaton | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 17233 Bullock Street | | | | | | |
| City Encino | | County | Los Angeles | State | CA | Zip Code | 91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | | Address | 9924 Rescda Boulevard, Northridge, CA 91324 | | | |



D. C. Appraisal Service Inc.

LOCATION MAP ADDENDUM

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Eaton | | | | |
| Property Address | 17233 Bullock Street | | | | |
| City | Encino | County | Los Angeles | State | CA | Zip Code | 91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | Address | 9924 Rescda Boulevard, Northridge, CA 91324 | | |



Produced by ClickFORMS Software www.clickforms.net

*L. C. Appraisal Service Inc.*

**SUBJECT PHOTO ADDENDUM**

File No.   090801EN
Case No.

| Borrower | Eaton | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 17233 Bullock Street | | | | | |
| City Encino | County | Los Angeles | State | CA | Zip Code | 91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | Address | 9924 Rescda Boulevard, Northridge, CA 91324 | | | |



**FRONT OF
SUBJECT PROPERTY**
17233 Bullock Street
Encino, CA 91316-1437



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

*D. C. Appraisal Service Inc.,*
SUBJECT PHOTO ADDENDUM

File No.   090801EN
Case No.

| | | | | |
|---|---|---|---|---|
| Borrower | Eaton | | | |
| Property Address | 17233 Bullock Street | | | |
| City   Encino | County | Los Angeles | State   CA | Zip Code   91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | Address | 9924 Rescda Boulevard, Northridge, CA 91324 | |



**Living Room**



**Kitchen**



**Bathroom**

*G. C. Appraisal Service Inc.*
COMPARABLES

File No.   090801EN
Case No.

| | | | | |
|---|---|---|---|---|
| Borrower | Eaton | | | |
| Property Address | 17233 Bullock Street | | | |
| City  Encino | County  Los Angeles | State  CA | Zip Code  91316-1437 |
| Lender/Client  Law Office of Glenn Ward Calsada | Address  9924 Rescda Boulevard, Northridge, CA 91324 | | |



**COMPARABLE SALE #    1**
5967 Balcom Avenue
Encino, CA 90310



**COMPARABLE SALE #    2**
5703 Babbitt Avenue
Encino, CA 90310



**COMPARABLE SALE #    3**
5933 Graves Avenue
Encino, CA 90310

*D. C. Appraisal Service Inc.,*
COMPARABLES

| | | |
|---|---|---|
| Borrower | Eaton | | | File No.   090801EN |
| Property Address | 17233 Bullock Street | | | Case No. |
| City  Encino | County | Los Angeles | State | CA | Zip Code   91316-1437 |
| Lender/Client | Law Office of Glenn Ward Calsada | | Address   9924 Rescda Boulevard, Northridge, CA 91324 |



**COMPARABLE SALE #      4**

5945 Graves Avenue
Encino, CA 90310

**COMPARABLE SALE #      5**

**COMPARABLE SALE #      6**

Produced by ClickFORMS Software www.clickforms.net

1 of 4   **Bank of America** 

**Home Loans**

PO Box 5170
Simi Valley, CA 93062-5170

Statement date 10/29/2009
**Account Number 112383787**
Property address
17233 Bullock Street

0158602 01 AT 0.357 **AUTO  T1 0 2288 91316-1437
PO A4 AG 0301——0--2-2- C0000067 IN 1 P58761
FREDERICK S EATON
17233 Bullock St
Encino CA 91316-1437

ıl·ıl·l·lımıl·l··ıpl·pl·l·l·ıpı·ıll·ıpl·lııl·l·l·l·lıl·

## Your Monthly Home Loan Statement

**Snapshot of your Home Loan as of October 29, 2009**

| | |
|---|---|
| Type of Loan | 30 Yr Conv Jumbo PayOption ARM |
| Current Principal Balance | $624,719.91 |
| Original Loan Amount | $582,400.00 |
| Maximum Limit (see explanation at bottom of page) | 115.00% |
| Margin | 2.275% |
| Interest Rate this Month | 3.000% |
| Remaining Term | 27 Years, 2 Months |

**BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.**

## Your Payment Options this Month

The amounts listed below are total payments, including amounts collected for escrow items such as taxes and insurance premiums.

| Payment Options | Total Payment | Deferred Interest | Principal/ Interest Owed | Outstanding Late Charges** | Escrow | Optional Products*** |
|---|---|---|---|---|---|---|
| **Option 1** Amortized Payment  - To obtain the payment amount for this payment option, please call us at 1.800.669.5224. | | | | | | |
| **Option 2** 15-Year Amortized Payment  - To obtain the payment amount for this payment option, please call us at 1.800.669.5224. | | | | | | |
| **Option 3** Minimum Payment | $3,799.20 | | $2,501.64 | | $1,297.56 | |
| **Option 4** Interest Only Payment  - To obtain the payment amount for this payment option, please call us at 1.800.669.5224. | | | | | | |

*Negative amounts ((-) minus sign) shown in the deferred interest column are added to the principal balance. This results from making a Minimum Payment that is less than the interest due.
**Outstanding late charges up to $400.00 are reflected in the payment option amount.

**Important Bankruptcy Notice - Your Payment Options:** This is not an attempt to collect a debt that is stayed or that has been discharged. This is not a demand for payment. The information below is provided as a courtesy to you.

**Negative Amortization:** The Minimum Payment is the lowest payment amount required each month.  If your Minimum Payment is less than the Interest-Only Payment we encourage you to pay more whenever you can to avoid negative amortization. Negative amortization means that the amount you owe increases even when you make all of your required payments on time. It occurs whenever your monthly mortgage payments are not large enough to pay all of the interest due on your loan—the unpaid interest is added to the principal balance on your loan, and you will owe more than you originally borrowed.

**How to Get Your Payment Options Each Month:** You can pay more by selecting from the other Payment Options that are available to you by calling 1.800.669.5224. These are the same payment options that were available in your monthly statement before your loan became delinquent. You can also pay more by simply designating an additional amount as "other" on your payment coupon.

**What Happens When You Pay More:** As an example, by selecting at least the Interest-Only Payment, you will pay the interest charged on your loan the previous month and you will avoid deferred interest or negative amortization, but no portion of the payment will be applied to reduce the principal balance of your loan.

**Maximum Limit and Payment Shock:** Negative amortization will also impact the amount of your future monthly payments. Your loan includes a cap on negative amortization which limits the total amount you owe to 110% or 115% of the original loan amount. You can see the cap for your loan in your Note and in the "Snapshot of your Home Loan" (Maximum Limit) in this monthly statement. When you reach the Maximum Limit your monthly payment amount will INCREASE SIGNIFICANTLY which may result in an event called payment shock, meaning it may be much more difficult for you to make the larger payment.

Exhibit 2

Maximum Limit - Per your loan documents, the Maximum Limit is the maximum amount your loan can grow to before you are required to make the Full Payment.  If you reach the Maximum Limit, your Minimum Payment will increase to the amount sufficient to repay your unpaid principal balance in full on the Maturity Date in substantially equal payments at the then current interest rate.

---

**DID YOU KNOW?**

**Payments**

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

All accepted payments of principal and interest will be applied to the longest outstanding installment due, unless otherwise expressly prohibited by law.

---

**TO CONTACT US**

**For up-to-the-minute information about the account,** use our 24-hour automated information system. To ask us about this statement or account information, call **1.866.653.6183** Monday-Friday, 8am to 9pm Eastern Time. Calls may be monitored and/or recorded for service quality purposes. *Se habla español.* 1.800.295.0025.

**Please have the account number available when you call.**

Or write to us at:

The address for general inquiries and all RESPA Qualified Written Requests is: BAC Home Loans Servicing, LP, Attn:

Customer Service  CA6-919-01-41, PO Box 5170, Simi Valley, CA 93062-5170

Tax Dept CA6-913-LB-01, PO Box 10211, Van Nuys, CA 91410-0211

Insurance Department, TX2-977-01-03, PO Box 961206, Fort Worth, TX 76161-0206

Payments, Attn: Remittance Processing PO Box 10219, Van Nuys, CA 91410-0219

Overnight deliveries 400 Countrywide Way, CA6-919-02-13, Simi Valley, CA 93065-6298

Our website www.bankofamerica.com/cwcustomers

Your account information is available in Spanish on the site mentioned above.



Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders. © 2009 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

**OPTION 1**
**Amortized Payment (principal and interest) - based on your remaining term**

The amount necessary to pay the loan off (principal and interest) at the maturity date, in substantially equal payments (unless your loan has a balloon payment due on the maturity date). Under the terms of your Note, this payment amount is calculated on the assumption that the current rate will remain in effect for the remaining term of your loan.

**To obtain the payment amount for this payment option, please call us at 1.800.669.5224.**

**OPTION 2**
**15-Year Amortized Payment (principal and interest)**

The amount necessary to pay the loan off (principal and interest) within a 15-year term from the first payment due date, in substantially equal payments (unless your loan has a balloon payment due on the maturity date). Under the terms of your Note, this payment amount is calculated on the assumption that the current rate will remain in effect for the remaining term of your loan.

**To obtain the payment amount for this payment option, please call us at 1.800.669.5224.**

**OPTION 3**
**Minimum Payment**

<u>Important:</u> If this amount is less than the Interest Only, paying this will not be enough to pay all of the interest due, will not reduce your principal, and the unpaid interest will be added to your principal. This is called "negative amortization", meaning the amount you owe increases. You will be charged interest on the entire principal. Negative Amortization will reduce the equity you have in your home. Negative Amortization should be managed carefully, so that you are not surprised by significant increases in future Minimum Payments.

| Account number | **112383787** | (2) | **11/01/2009** | **$3,799.20** |
|---|---|---|---|---|

Frederick S Eaton
17233 Bullock Street
Encino, CA 91316

Please update e-mail information on the reverse side of this coupon.

2288

BAC Home Loans Servicing, LP
PO Box 10219
Van Nuys, CA 91410-0219

| | |
|---|---|
| | Additional Principal |
| | Additional Escrow |
| | Check total |

1123837872000003799200003900744

⑆586990058⑆ 1123837878⑈

**OPTION 4**
**Interest-Only Payment**

You pay only the interest charged on your loan for the previous month. By making an Interest Only Payment, you will avoid negative amortization, but no portion of the payment will be applied to reduce the principal balance of your loan.

**To obtain the payment amount for this payment option, please call us at 1.800.669.5224.**

# HSBC ◆⬥◆

**Statement for**

FREDERICK S EATON
JUDITH S EATON
0014445217

| | |
|---|---|
| **Statement Date** | 03/21/09 |
| **Payment Due** | $8,528.08 |
| **Payment Due Date** | 04/07/09 |
| To avoid late charges payment must be received by 09/17/08 | |

| **Customer Care:** | 1-800-333-7023 | **Website:** | hsbcmortgageservices.com | **161244** | Page: 1 of 1 |
|---|---|---|---|---|---|

**Payment Detail**

**Your payment due**      04/07/09

| | |
|---|---|
| Principal & Interest | $1,066.01 |
| Escrow/Advances | $0.00 |
| Total Optional Insurance | $0.00 |
| **Standard Payment** | **$1,066.01** |
| Past Due Amount | $7,462.07 |
| Unpaid Late Charges | $0.00 |
| Other Fees | 0.00 |
| **Payment Due** | **$8,528.08** |

**Account Summary**

**Summary as of 03/21/09**

**Balances**

| | |
|---|---|
| Principal Balances | $172,020.78 |
| Unpaid/Deferred Interest | $2,584.57 |
| Escrow | $0.00 |
| Advance | $0.00 |
| Unapplied Funds | $200.00 |

Get the answers you need through our automated phone system available 24/7. Just touch a button and get the answers to many of your questions immediately

1. To repeat your payment information
2. To make a payment by phone or to obtain other payment option
3. If you will be mailing a payment, or sending a payment through Western Union within the next few days
4. For 1098 reporting information or to obtain a copy of your year end statement
5. If you are calling for payoff information
6. To obtain detailed information about your loan, such as homeowners insurance, payoff information, current escrow info, set up escrow, or current Year to Date interest information
7. If you are calling for our payment or correspondence address
0. Speak to a Customer Care Specialist

**Transaction Details**

| Tran Date | Effective Date | Description | Total | Principal | Interest | Escrow | Insurance | Late Charges/ Other Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|

**Important Messages**

STMT206N (02/07)

- - - - - - - - - - - - - - - - - - - - Please Use Blue or Black Ink - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| Payment Due Date | 04/07/09 |
| Current Payment | $1,066.01 |
| Total Amount Due | $8,528.08 |
| If Received After: | 09/17/08 |
| Total Amount Plus Late Charge | $8,528.08 |

**Total Check Amount Enclosed $**

# HSBC ◆⬥◆

**Loan Number 0014445217**

Additional Principal $

Additional Escrow $

7

2736 1 MB 0.369      ***AUTO**MIXED AADC 303
FREDERICK S EATON
JUDITH S EATON
17233 BULLOCK STREET
ENCINO, CA 91316-1437

HSBC Mortgage Services
P.O. Box 60139
City of Industry, CA 91716-0139

New address or phone number? Please check this box and enter your new information on back

Exhibit 3

088      0014445217      0106601      0852808  0852808 Bate Stamped Page 22 of 25



STATE OF CALIFORNIA

Business, Transportation & Housing Agency

# OFFICE OF REAL ESTATE APPRAISERS

# REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER

AR026324

## DAVID S. CATTANI

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

Bob Clark

Date Issued:   December 20, 2008
Date Expires:   December 19, 2010

Audit No. 111963

THIS DOCUMENT CONTAINS A TRUE WATERMARK · HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"



**State Farm Fire and Casualty Company**
A Stock Company with Home Offices in Bloomington, Illinois
Herein called the Insurer

## MISCELLANEOUS ERRORS AND OMISSIONS LIABILITY INSURANCE POLICY

Policy No:    PS0000003112501
Renewal of Policy No:    PS0000003112500

### PART 1.    DECLARATIONS PAGE

THIS IS A CLAIMS MADE POLICY. **DEFENSE COSTS ARE INCLUDED IN THE LIMIT OF LIABILITY.** PLEASE
READ THE ENTIRE POLICY CAREFULLY.

THIS DECLARATIONS PAGE, ALONG WITH **YOUR** SIGNED **APPLICATION OR RENEWAL APPLICATION**
AND ALL FORMS AND ENDORSEMENTS LISTED IN ITEM 8. BELOW COMPLETE THE POLICY.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, **WE** AGREE WITH **YOU** TO PROVIDE INSURANCE
UNDER THE PROVISIONS OF THIS POLICY.

Item 1.   **Named Insured:**    D.C. APPRAISAL

Address:    746 Termino Avenue, Suite 3
Long Beach, CA  90804

Item 2.   **Policy Period:**
Effective Date:    March 19, 2009    Expiration Date:  March 19, 2010
(12:01 A.M. Standard Time at the Address stated in Item 1.)

Item 3.   **Retroactive Date:**  March 19, 2005    IF NO DATE IS STATED HERE, COVERAGE DOES
NOT APPLY TO **WRONGFUL ACTS** COMMITTED PRIOR TO THE EFFECTIVE DATE STATED IN
ITEM 2. ABOVE.

Item 4.   Schedule of **Insured Services:**

Real estate appraisal of residential properties.

PSMS4000 (01/01)

Bate Stamped Page 24 of 25

# D.C. Appraisal Service Inc.,

## David Cattani

746 Termino Avenue #3
Long Beach, CA 90804
Phone# 562-572-8141/Fax# 562-439-9910
davidc@dcappraisal.net

**Expereince:** FHA Approved, Certified Residential License 03/01/2006

January 2001 - Present
**President - D.C. Appraisal Service Inc.,** Long Beach, CA
Lead Appraiser

December 2000 - January 2001
**B & C Appraisal,** Torrance, CA
Staff Appraiser

Received Residential License
December 2000

February 1998 - December 2000
**Bazikis Appraisal,** Rancho Palos Verdes, CA
Appraiser Trainee

March 1998 - December 1998
**Ebert Appraisal,** Westminister, CA
Appraiser Trainee

Received Trainee License
December 1997

**Education:** The Appraisal School,   Calabassas, CA March 1997 - September 1997

Whiter School of Law,   Los Angeles, CA   1990-1992

BSBA
University of Redlands  Class of 1988

**Business Reference:** Quality Tax, Diamond Bar, CA
Venture Realestate, Redondo Beach, CA
Goldberg Appraisal Group, Chatsworth, CA

Long Beach, CA 90804
(562)572-8141/ Fax (562)439-9910
DCAppraisal.net